**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2343**

CECELIA D. WALTON,

        Plaintiff - Appellant,

      v.

NC DEPARTMENT OF HEALTH AND HUMAN SERVICES, Disability Determination Services,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:17-cv-00085-BR)

Submitted: March 8, 2019                Decided: April 18, 2019

Before NIEMEYER and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cecelia D. Walton, Appellant Pro Se. Joseph Edward Elder, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cecelia D. Walton appeals the district court's orders denying relief on her employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Walton v. N.C. Dep't of Health & Human Servs.*, No. 5:17-cv-00085-BR (E.D.N.C. Sept. 14, 2017 & Nov. 7, 2018). We deny Walton's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
